UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEVI COLEMAN, SR., ET AL | * | CIVIL ACTION |
| | * | |
| PLAINTIFFS | * | NO. 11-2937 |
| | * | |
| vs. | * | SECTION: "E" |
| | * | |
| H.C. PRICE CO., ET AL | * | MAGISTRATE: "3" |
| | * | |
| DEFENDANTS | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO AUTHORIZE MINOR SETTLEMENT

**MAY IT PLEASE THE COURT:**

NOW INTO COURT, through undersigned counsel, come Mary Ellen Lookhoff and Michael "Mike" Russell, the natural tutrix and undertutor, respectively, of Patrick Lookhoff, who respectfully submit this Motion to Authorize Minor Settlement upon representing the facts in the attached memorandum.

**WHEREFORE**, plaintiff moves this Court for an order granting this Motion to Authorize Minor Settlement for the reasons set forth in the attached memorandum.

Respectfully submitted,

**SMITH STAG, L.L.C.**

/s/ Michael G. Stag
Stuart H. Smith, No.17805
Michael G. Stag, No.23314
John L. Fontenot, No. 26640
Robert D. McMillin, No.29341
One Canal Place
365 Canal Street, Suite 2850
New Orleans, LA 70130

                    Phone: (504) 593-9600
                    Fax:   (504) 593-9601

*- and -*

Juan A. LaFonta
Attorney at Law
6305 Elysian Fields, Suite 207B
New Orleans, LA 70122
Phone: (504) 288-4911
Fax:   (504) 283-3303
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that, on this 10th day of May, 2012, a copy of the above and foregoing was provided to all counsel of record via facsimile, hand delivery, electronic mail and/or U.S. mail, postage prepaid and properly addressed.

                    */s/ Michael G. Stag*