**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LEVI COLEMAN, SR., ET AL** | * | **CIVIL ACTION** |
| | * | |
| **PLAINTIFFS** | * | **NO. 11-2937** |
| | * | |
| **vs.** | * | **SECTION: "E"** |
| | * | |
| **H.C. PRICE CO., ET AL** | * | **MAGISTRATE: "3"** |
| | * | |
| **DEFENDANTS** | * | |
| | * | |

*************************************************

**MEMORANDUM IN SUPPORT OF**
**MOTION TO AUTHORIZE MINOR SETTLEMENT**

**NOW INTO COURT**, through undersigned counsel, come Mary Ellen Lookhoff and Michael "Mike" Russell, the natural tutrix and undertutor, respectively, of Patrick Lookhoff, who respectfully submit this Memorandum in Support of their Motion to Authorize Minor Settlement as follows:

1.

On January 22, 2010, Charles R. Lookhoff filed a Petition for personal injury and other damages in this matter. *See* Plaintiffs' Third Supplemental and Amending Petition for Damages, attached as Exhibit 1.

2.

On or about November 5, 2010, Charles R. Lookhoff, the biological father of minor, Patrick Lookhoff, died. *See* Charles R. Lookhoff's Death Certificate, attached as Exhibit 2. Pursuant to Louisiana Civil Code Article 888 Patrick Lookhoff succeeded to Charles R. Lookhoff's claims in this matter.

3.

Pursuant to Louisiana Civil Code Article 250, Mary Ellen Lookhoff, the biological mother of minor Patrick Lookhoff, was appointed his natural tutrix. *See* Exhibit 3. Michael "Mike" Russell was appointed the undertutor of Patrick Lookhoff. *See* Exhibit 4.

4.

Mary Ellen Lookhoff shows that certain defendants have made confidential settlement offers to Patrick Lookhoff in partial settlement of his claims pursuant to Louisiana Civil Code Article 888, including attorney's fees and court costs. A redacted copy of the proposed settlement agreement is attached and hereby submitted to the court. *See* Exhibit 5. A non-redacted copy of the proposed settlement agreement is available for an in camera review.

5.

Mary Ellen Lookhoff affirms her belief that the settlement is in the best interest of her son, Patrick Lookhoff. Attached hereto is the Concurrence of Undertutor Michael "Mike" Russell, who concurs in Mary Ellen Lookhoff's recommendation for settlement of the claims for Patrick Lookhoff. *See* Exhibit 6.

6.

Mary Ellen Lookhoff further affirms that she will deposit and maintain in an interest-bearing account Patrick Lookhoff's settlement proceeds, less attorney's fees and costs, to be used solely for the health, education, and/or welfare for her minor child, Patrick Lookhoff, and that she will obtain court approval prior to withdrawing any of the settlement funds to be used for the benefit of said minor child pursuant to Louisiana Code of Civil Procedure Article 4271.

**WHEREFORE**, Mary Ellen Lookhoff and Michael "Mike" Russell pray that:

I. This Court accept the recommendation of the Tutrix and concurrence of the undertutor to partially settle and compromise the minor's interest in this action filed on behalf of Charles R. Lookhoff;

II. Movants' recommendation be homologated and this Court authorize Mary Ellen Lookhoff, as the natural and legal tutrix of her minor son, Patrick Lookhoff, to settle and compromise his claims, individually and on behalf of his deceased father, Charles R. Lookhoff, against these settling defendants in this matter and to authorize Mary Ellen Lookhoff to execute the necessary compromise and settlement agreements.

III. That Mary Ellen Lookhoff be ordered to deposit Patrick Lookhoff's settlement proceeds into an interest bearing account for the benefit of Patrick Lookhoff and that the settlement amounts be withdrawn only upon this Court granting approval for such withdrawl.

Respectfully submitted,

**SMITH STAG, L.L.C.**

/s/ Michael G. Stag
Stuart H. Smith, No.17805
Michael G. Stag, No.23314
John L. Fontenot, No. 26640
Robert D. McMillin, No.29341
One Canal Place
365 Canal Street, Suite 2850
New Orleans, LA 70130
Phone: (504) 593-9600
Fax: (504) 593-9601

*- and -*

Juan A. LaFonta
Attorney at Law
6305 Elysian Fields, Suite 207B
New Orleans, LA 70122
Phone: (504) 288-4911
Fax: (504) 283-3303
**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that, on this 10th day of May, 2012, a copy of the above and foregoing was provided to all counsel of record via facsimile, hand delivery, electronic mail and/or U.S. mail, postage prepaid and properly addressed.

*/s/ Michael G. Stag*