NOV-02-2011(WED) 11:32    d. capasso                    (FAX)74 4886414            P.005/010

TWENTY-FOURTH JUDICIAL DISTRICT COURT OF JEFFERSON PARISH

STATE OF LOUISIANA

CASE NO: 707-737   SECTION ___   DIVISION: ___

IN RE: PATRICK LOOKHOFF

FILED BY: _____         _____
                                   DEPUTY CLERK

ORDER

CONSIDERING THE FOREGOING:

IT IS HEREBY ORDERED, that petitioner Mary Lookhoff be appointed as the natural tutrix of Patrick Lookhoff.

IT IS FURTHER ORDERED, that the bond required by law are hereby waived in accordance with the law and this order.

IT IS FURTHER ORDERED, that letters of tutorship be issued to petitioner upon petitioner filing an oath of office in these proceedings and meeting all the requisites of law, and Mike Russell be appointed undertutor of the minor.

Signed at New Orleans, La. this _27th_ day of _October_ 2011.

_____
                    JUDGE



707737