MINUTE ENTRY
MORGAN, J.
October 15, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEVI COLEMAN, SR., et al.,**     **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 11-2937** |
| **H.C. PRICE CO., et al.,**     **Defendants** | **SECTION "E"** |

A status conference was held on October 15, 2012, at 11:00 a.m. in the chambers of Judge Susie Morgan.

                       Karen Ibos, Court Reporter

Present:    Michael Stag and Robert McMillin, counsel for Plaintiff, Patrick Lookhoff ("Plaintiff"), a minor child; Mary Ellen Lookhoff ("Lookhoff"), mother of and natural tutrix for Plaintiff; and Michael "Mike" Russell (Russell), undertutor for Plaintiff.

The parties discussed on the record the Motion to Authorize Minor Settlement filed on behalf of Plaintiff.[1] Counsel for Plaintiff summarized the terms of the proposed settlement agreements and explained why the proposed settlement is fair and reasonable. Counsel for Plaintiff also explained the costs and attorney's fees that will be deducted from the settlement proceeds. The Court questioned Lookhoff and Russell to determine whether they understand the terms of the settlement agreements and agree with the relief requested. Lookhoff and Russell answered in the affirmative and they warranted that the settlement proceeds will be deposited in and maintained in an interest-bearing account. They also warranted that such proceeds will be used solely for Plaintiff minor's health, education,

---

[1] R. Doc. 73.

and/or welfare.

The Court determined that the proposed settlement agreements are fair and reasonable, and that the attorney's fees and expenses to be deducted from the settlement proceeds are appropriate. The Court informed the parties that it will not require a motion to be filed with the Court prior to the removal of settlement proceeds from the deposit account, provided that such funds are used solely for Plaintiff's health, education, and/or welfare. The Court further informed the parties that it will issue a separate order granting the Motion and approving the proposed settlement agreements, that it will file unredacted copies of the settlement agreements in the record under seal, and that it will order a transcript of the status conference be prepared and filed in the record under seal.

Accordingly,

**IT IS ORDERED** that a transcript of these proceedings be prepared and filed **UNDER SEAL** in the record of the above-captioned matter.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file **UNDER SEAL** unredacted copies of the settlement agreement in the record of the above-captioned matter.

**New Orleans, Louisiana, this** 16th **day of October, 2012.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:10)