UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEVI COLEMAN, SR., ET AL. | CIVIL ACTION |
| VERSUS | NO. 11-2937 |
| H.C. PRICE CO., ET AL. | SECTION "E" (3) |

ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion for Leave to File Restated and Superseding Complaint [Doc. #266] is GRANTED as outlined in the Report and Recommendation. Plaintiffs shall comply with the Report and Recommendation **no later than fifteen (15) days from the date of this Order**.

New Orleans, Louisiana, this __4th__ day ____September____, 2013.

_____Susie Morgan_____
UNITED STATES DISTRICT JUDGE